AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth Oneil Rouse, Jr. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    4:24-cv-1756-MGL |
| Natile Bell ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 7, 2025

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*